UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS, | Case No. CV 18-2785-CBM (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition as Duplicative, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 18, 2018

HON. CONSUELO B. MARSHALL
United States District Judge